# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WONOLIA PENNINGTON, | ) CIVIL DIVISION |
| Plaintiff, | ) No: 07-1671 |
| v. | ) U.S. District Judge Gary L. Lancaster |
| BOROUGH OF MIDLAND, RONALD A. BONGIVENGO, JR., individually and officially, and DIANE M. KEMP, individually and officially, | ) **ELECTRONICALLY FILED** |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 15th day of Oct, 2008, upon consideration of the Stipulation of Dismissal entered by all parties, it is hereby ORDERED, ADJUDGED and DECREED that this matter is hereby dismissed, with prejudice.

BY THE COURT:

United States District Judge Gary L. Lancaster